ACCEPTED
14-14-00863-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
5/8/2015 3:32:41 PM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00863-CR

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
5/8/2015 3:32:41 PM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS FOR THE FOURTEENTH DISTRICT OF TEXAS AT HOUSTON

**JAMES RIVERA,**

*Appellant,*

v.

**THE STATE OF TEXAS,**

*Appellee.*

Appealed from the 337th District Court
of Harris County, Texas
Trial Court Cause Number 1442738

## MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT

Joseph Salhab
State Bar #17532300
2028 Buffalo Terrace
Houston, Texas 77019
Tel. (713) 528-1005
Fax: (713) 528-2424
josephsalhab@mindspring.com

COUNSEL FOR APPELLANT
JAMES RIVERA

NO. 14-14-00863-CR

IN THE COURT OF APPEALS FOR
THE FOURTEENTH DISTRICT OF TEXAS
AT HOUSTON

**JAMES RIVERA,**
                                        *Appellant,*

v.

**THE STATE OF TEXAS,**
                                        *Appellee.*

Appealed from the 337th District Court
of Harris County, Texas
Trial Court Cause Number 1442738

**MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLANT**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, JAMES RIVERA, Appellant, by and through his attorney of record on appeal, Joseph Salhab, files this Motion for Extension of Time to File Appellant's Brief. In support of said Motion, the Appellant shows the Court the following:

## I.

The Appellant was convicted in the 337th District Court of Harris County, Texas, on or about October 16, 2014, in Cause Number 1442738, of Aggravated Sexual Assault.

## II.

Appellant gave timely notice of appeal.

## III.

Appellant's brief was originally due on February 17, 2015. This is Appellant's second Motion for Extension.

## IV.

Appellant is requesting the Court grant an extension of eighteen (18) days for filing the Appellant's Brief until May 8, 2015.

## V.

Appellant's request for an extension of time is being filed concurrently with Appellant's brief.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court grant an extension of eighteen (18) days until May 8, 2015, to file Appellant's Brief.

# VERIFICATION

**STATE OF TEXAS** §
§
**COUNTY OF HARRIS** §

BEFORE ME, the undersigned authority on this day personally appeared JOSEPH SALHAB, who being duly sworn has deposed and stated upon oath:

> "My name is JOSEPH SALHAB. I am the Appellant's attorney on appeal in the above-styled and numbered cause. I have read the above and foregoing Motion to Extend Time to file Appellant's Brief and the facts contained therein are true and correct."

_____
JOSEPH SALHAB

**SUBSCRIBED AND SWORN TO BEFORE ME**, the undersigned authority, on this the _8th_ day of _May_____, 2015, to certify which, witness my hand and official seal of office.

_____
Notary Public in and for
The State of Texas
Commission Expires:___6/28/16____

MARIA DEL PILAR MONTES
MY COMMISSION EXPIRES
June 28, 2016